IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EUGENE PIRTLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 04-603-GPM |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This matter came before the Court for judicial review of a final agency decision denying Plaintiff a period of disability, disability insurance benefits, and supplemental security income.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's September 22, 2005, Memorandum and Order, the final decision of the Commissioner of Social Security is **AFFIRMED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that this action is **DISMISSED on the merits.**  The parties shall bear their own costs.

**DATED**:  09/22/05

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
U.S. DISTRICT JUDGE